UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 05-cr-00362-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BEVERLY C. BIERMAN,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on a review of the file.  By Order filed November 18, 2005, the Court stayed the speedy trial deadlines 90 days up to and including February 13, 2006 pursuant to 18 U.S.C. § 3161(h)(1)(A) so that Defendant's competency to stand trial could be evaluated.  The parties were ordered to file a status report by February 13, 2006 indicating what course of action should be taken.

    As ordered, Defendant filed a Status Report on February 13, 2006.  Defendant indicates therein that since the filing of the last status report in November, 2005, her medical condition has continued to be gravely serious.  Further, defense counsel indicates that he believes Defendant is in need of a neurological examination to determine competency issues.  Thus, Defendant indicates that the issue of competency has not yet been resolved and requests that the speedy trial deadlines remain stayed for an additional 60 days.

The Court, having reviewed the Status Report and being fully advised in the premises,

ORDERS that Defendant's request for a continued stay pursuant to 18 U.S.C. § 3161(h)(1)(A) is **GRANTED**.  In accordance therewith, it is

ORDERED that the speedy trial deadlines are tolled for an additional 60 days, up to and including **Friday, April 14, 2006**.  It is

FURTHER ORDERED that the parties shall file a status report regarding the evaluation of Defendant's competency and a recommended course of action no later than **Friday, April 14, 2006**.

Dated:  February 15, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge